UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT COLE, et al. | * | Civil Action No.: 09-6584 |
| | * | |
| versus | * | Judge: Zainey |
| | * | |
| ASHLAND, INC. et al. | * | Magistrate: Knowles |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' PUTATIVE CERTIFIED INDUSTRIAL HYGIENIST JOHN SPENCER

Plaintiffs, Richard Sanderson, et al, through undersigned counsel, respectfully submit **Motion to Exclude Testimony of Defendants' Putative Certified Industrial Hygienist John Spencer** for the reasons' more fully set forth in the accompanying memorandum in support.

Respectfully Submitted:

*s/ Amber E. Cisney*
Richard J. Fernandez (La. Bar No. 5532)
Amber Cisney (La. Bar No. 28821)
**Richard J. Fernandez, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone:     (504) 834-8500
Facsimile:       (504) 834-1511
E-mail:            rick@rjfernandez.com
                       amber @rjfernandezlaw.com
and

L. Eric Williams, Jr. (La. Bar No. 26773)
**Williams Law Office, LLC**
3000 W. Esplanade Ave., Ste. 200
Metairie, Louisiana  70002
Telephone:  (504) 832-9898
Facsimile:   (504) 834-1511
E-mail:       eric@amlbenzene.net