UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT MICHAEL COLE, Individually, | * | CIVIL ACTION NO.: 09-6584 |
| DEBORAH K. COLE, Individually, JAMES | * | |
| CARL COLE, Individually, MICHELLE COLE | * | |
| SMITH, Individually, MARVIN CARROLL | * | |
| WEEKS, Individually, DORIS I. WEEKS, | * | |
| Individually, TIMOTHY L. WEEKS, | * | JUDGE: JAY C. ZAINEY |
| Individually, BEVERLY LYNN NEELEY, | * | |
| Individually, MADELINE NEELEY, Individually, | * | |
| CAROL NEELEY AILSHIE, Individually, and | * | |
| DWAYNE NEELEY, Individually | * | |
| | * | MAG. JUDGE: DANIEL E. KNOWLES, III |
| Plaintiffs | * | |
| | * | |
| versus | * | |
| | * | |
| ASHLAND CHEMICAL, INC., ASHLAND, INC., | * | |
| SINCLAIR & VALENTINE COMPANY, INC. | * | |
| | * | |
| Defendants | * | |

## DEFENDANT ASHLAND INC.'S WITNESS DISCLOSURE OF SCOTTY PATRICK

### General Background

My name is Scotty Patrick. My educational background includes a Bachelor of Science degree in Chemical Engineering from MIT in 1957; and a Master of Science in Chemical Engineering from MIT in 1958. From 1957 through 2000, I worked for Ashland in a variety of chemical engineering and administrative positions, generally summarized as follows:

| | |
|---|---|
| 1957-1958 | Worked at Ashland refinery in Catlettsburg, Kentucky |
| 1958-1964 | Research Department located in No. 1 refinery |
| 1966-1972 | Assistant to Bob Yancey, Sr., President of Ashland Chemical |
| 1972-1975 | Assistant to Bill Ferguson, President of Ashland Chemical |
| 1975-1979 | VP GM Resin & Plastics Division |
| 1979-1982 | VP Petrochemicals Division |
| 1982 | Administrative VP Ashland Chemical Research, Engineering |
| 1982-2000 | Group VP Ashland Chemical |
| 2000 | Retired |

1

I have been asked to provide my professional opinions and conclusions about the topics contained in this disclosure and, to the extent an opinion or conclusion is set forth herein, it is based upon a reasonable degree of scientific certainty. The information contained herein is based upon my educational background, my personal knowledge as a result of my employment at Ashland for over 40 years from 1957 to 2000, my review of documents produced in this case, and my conversations with other current or former Ashland employees.

If asked, I can and will testify under oath as to the accuracy and truthfulness of the information contained in this preliminary disclosure. I intend upon finalizing any additional opinions and conclusions that I have in this matter prior to trial.

## Ashland's Production of Toluene and Xylene

In June 1958, Ashland first began the production of toluene and xylene at its Buffalo, New York petrochemical facility using the UOP Udex licensed process, which was originated by Dow Chemical Company and engineered and licensed by Universal Oil Products Company. In late 1961, a Udex unit was completed and put into operation for the production of toluene and xylene at Ashland's Catlettsburg, Kentucky petrochemical facility. These are the only two Ashland facilities where toluene and xylene were ever produced, and both products were only produced using the UOP Udex licensed process.

The UOP Udex licensed process combines liquid-liquid extraction with extractive fractional distillation to recover high-purity toluene and xylene from reformate. The only toluene that Ashland ever produced at either of its facilities was nitration grade toluene with a maximum boiling range specification of <1.0° C and a typical boiling range of 0.8° C. Ashland toluene met the following specifications:

Jan-T-171 Toluene
MIL-C-5540 (2) Cement, Neoprene (Solvent Portion)

2

TT-T-548c Toluene, Technical
ASTM D-841 Toluene, Nitration Guide

Ashland produced nitration grade xylene at both of its facilities with a maximum boiling range specification of <5.0° C and a typical boiling range of 4.0° C. Ashland xylene met the following specifications:

TT-X-916b, Grade A and B Xylene
ASTM D-845 Xylene, Five Degrees
ASTM D 843 Xylene, Nitration Grade

By using the UOP Udex licensed process at Catlettsburg to produce toluene and xylene and not benzene, Ashland was able to use a reformate feed stream to the Udex unit that minimized the amount of benzene contained in the reformate, thereby further reducing the benzene content of the toluene and xylene products produced by the Catlettsburg Udex unit and the UOP Udex licensed process.

### Ashland's Production of Benzene

In June of 1958, Ashland also first began the production of benzene at its Buffalo, New York petrochemical facility using the UOP Udex licensed process. However, the Udex unit that was completed and put into operation in late 1961 in Catlettsburg, Kentucky was not used for the production of benzene. Instead, benzene was produced at Catlettsburg starting in late 1961 using a hydrodealkylation ("Hydeal Process") unit.

Ashland determined that it was not economically beneficial to produce benzene at the Catlettsburg Refinery using the UOP Udex licensed process and reformate containing benzene as the feed stream. Therefore the volume of this boiling range reformate for feed to the Udex unit was minimized. It should also be noted that benzene was a significantly more valuable finished product than toluene and xylene and therefore Ashland worked to remove as much benzene as

3

was possible from these products using the fractionation purification section of the UOP Udex licensed process.

## Benzene Content of Ashland Toluene and Xylene

I was personally involved in the design and start up of the UOP Udex unit at Ashland's Catlettsburg, Kentucky Refinery in 1961 for the production of toluene and xylene. I am also personally familiar with the UOP Udex licensed process used for the production of toluene and xylene in Catlettsburg, which is a continuous process that includes the taking of product samples for quality control laboratory analysis at different stages of the process.

In addition, I am also familiar with, and have participated in, using the Ashland laboratory analytical testing methods and equipment that were used to analyze toluene and xylene for compliance with the relevant specifications when the Udex unit first began operating in 1961. I am also familiar with Ashland's use of gas chromatography ("GC") equipment and methods at the Catlettsburg facility to analyze toluene and xylene for compliance with the relevant specifications beginning in approximately 1963. I have also reviewed Ashland documents produced in this case containing information about the benzene content of Ashland's toluene and xylene, and am personally familiar with many of the individuals, including numerous Ashland chemists, who authored some of these documents.

Finally, I am familiar with the ASTM standards on benzene, toluene, xylene and solvent naptha as sponsored by ASTM Committee D-16 on which Ashland has had various employee members, including Harold Sullivan, Jack Sweet, and others, since Ashland first began producing benzene, toluene and xylene using the UOP Udex licensed process beginning in June of 1958.

Based upon my personal knowledge and my review of all of the above information, it is my opinion to a reasonable degree of scientific certainty that the benzene content of Ashland's nitration grade toluene was limited to a maximum of 500 ppm, assuming no xylene content. If there was xylene present, the benzene content had to be lower to still meet the <1.0° boiling range for nitration grade toluene. The typical benzene content was approximately 200 ppm for nitration grade toluene, but often times the benzene content was significantly lower than 200 ppm.

The benzene content of Ashland's nitration grade xylene was significantly lower than the benzene content of Ashland's nitration grade toluene due to its much higher boiling range and certainly was significantly lower than 50 to 100 ppm on a typical basis, often times approaching levels of non-detection.

### Ashland Distribution of Benzene in Drum Containers in Louisiana

As a result of some of my administrative job duties at Ashland, I am aware of the corporate structure of the company, the geographic markets in which solvents such as benzene, toluene and xylene were sold and distributed, and the time frame during which such products were distributed. As a result of my personal knowledge of these topics as well as my review of documents from this case, I can state with certainty that Ashland could not and did not sell or distribute solvent products such as benzene, toluene or xylene in drums labeled or stenciled with the Ashland name to any customers located in Louisiana, including the Plaintiff's employers, until the early to mid-1970's time frame. Ashland did not have a drumming operation at either its Catlettsburg, Kentucky or Buffalo, New York refinery and its most southern distribution facility until approximately 1970 east of the Mississippi was in Memphis, Tennessee. From an economic and business standpoint, Ashland did not sell or distribute Ashland labeled or stenciled

5

drummed solvents such as benzene, toluene or xylene to customers in Louisiana from that or any other Ashland location.

Furthermore, I can state with certainty that, with respect to benzene, Ashland discontinued the sale of benzene in 55 gallon drums to any customer in 1977 and has not sold or distributed benzene in drums since 1977.

### Ashland's Distribution of Toluene and Xylene Produced by Other Manufacturers

As a result of some of my administrative job duties at Ashland, I am aware of the general business practices of Ashland relating to its distribution of toluene and xylene purchased from other manufacturers. Because of the location of its facilities in Catlettsburg, Kentucky and Buffalo, New York where toluene and xylene were produced by Ashland using the UOP Udex licensed process, the majority of toluene and xylene sold by Ashland from Ashland distribution facilities east of the Mississippi was Ashland produced toluene and xylene. It was Ashland's business practice to primarily sell its own toluene and xylene east of the Mississippi for economic reasons, and I would estimate that approximately 90% of toluene and xylene which Ashland sold was produced by Ashland.

Ashland always had a secondary source available, if necessary, for toluene and xylene sales by Ashland east of the Mississippi and this secondary source was different depending on the exact time frame involved. However, Ashland only purchased nitration grade toluene or xylene from these secondary sources that met the same specifications for nitration grade toluene and xylene during the relevant time frame for Ashland produced toluene and xylene. Ashland relied upon its supplier Certificates of Analysis and other information for determining whether their products met the specifications.

6

Dated this 9th day of August 2010.

                                      Scotty Patrick