UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ROBERT COLE, ET AL | * | |
|---|---|---|
| | * | |
| Plaintiffs | * | |
| | * | CIVIL ACTION NO.: 09-6584 |
| | * | |
| VERSUS | * | |
| | * | SECTION: "A" |
| ASHLAND, INC., ET AL | * | |
| | * | JUDGE : ZAINEY |
| | * | |
| | * | |
| | * | MAGISTRATE: KNOWLES |

*************************************

### VIDEO NOTICE OF DEPOSITION
### PURSUANT TO F.R.C.P. 30(b)(5) AND 30 (b)(6)

**TO:** John Hainkel
Frilot, LLC
1100 Poydras St.
Suite 3700
New Orleans, LA 70163

**PLEASE TAKE NOTICE** that undersigned counsel for plaintiffs, Robert Cole, et al, pursuant to Federal Rules of Civil Procedure 30(b)(5) and 30(b)(6), shall conduct the **video deposition** upon oral examination of the **Ashland, Inc.'s** corporate designation, at the the law firm of **Vorys, Sater, Seymour and Pease, 52 East Gay Street, Columbus, Ohio, 43215, on May 20, 2010 at 9:00 a.m.**, and continuing from day to day until the deposition may be adjourned, concerning those areas of testimony and for the production of documents identified below. In accordance with Federal Rule of Civil Procedure 30(b)(6), Ashland, Inc. is directed to designate one or more corporate representatives to testify on its behalf with respect to the

following matters:

(1) Ashland, Inc.'s knowledge of products containing benzene including pure benzene, toluene, and xylene from 1940 through 2005.

(2) Ashland, Inc.'s policies and procedures for preparation of material safety data sheets for products containing benzene from 1962 through the present.

(3) Ashland, Inc.'s policies and procedures for warnings for benzene containing products from 1962 through 2005.

(4) Any warnings, notifications or instructions regarding Ashland, Inc.'s benzene containing products, that in anyway regard cancer or the risk of cancer or blood disorders from 1962 through 2005.

(5) Ashland, Inc.'s knowledge, at any time, regarding any carcinogenic nature and/or potential of benzene to cause blood disorders including but not limited to multiple myeloma, polycythema vera, thrombocytopenia, myelodysplasia, and leukemia.

(6) Ashland's knowledge of the dates of the sale of benzene, toluene, and xylene from 1962 through 2005.

(7) Ashland's knowledge of the levels of benzene in pure benzene, toluene, and xylene from 1962 through 2005.

(8) Ashland's knowledge of memberships of trade organizations including but not limited to the American Petroleum Institute and other organizations and documents issued regarding the health hazards of benzene.

(9) Ashland's knowledge of the size, volume, shape, color and shipping of benzene, toluene, and xylene products sold from 1962 through 2005.

(10) Ashland's knowledge of the medical and scientific literature regarding the health effects caused by benzene exposure from 1940 to the present.

(11) Ashland's employment of safety professionals to address the health hazards of benzene including but not limited to a medical doctor, epidemiologist, toxicologist and industrial hygienist from 1940 through 2005.

(12) Ashland's disease or cancer database of employees from 1960 to the present.

(13) Ashland's knowledge of the OSHA, NIOSH, and ACGIH exposure limits to benzene

from 1962 to the present.

(14) Ashland's policies and procedures for maintaining benzene documents including any litigation holds on benzene documents.

(15) The corporate history of Ashland, Inc.

(16) Please **produce** the total number of cases of multiple myeloma, thrombocytopenia, myelodysplasia, and polycythema vera including mortality and incidence cases that are contained in the Ashland medical surveillance database or any other database from 1940 through 2010. For each case identified, please identify the location that the employee worked at, the job title, years of employment and year of death or diagnosis.

        RESPECTFULLY SUBMITTED:

        L. Eric Williams, Jr.
        L. ERIC WILLIAMS, JR. # 26773
        **WILLIAMS LAW OFFICE, LLC**
        3000 W. Esplanade Ave., Ste. 200
        Metairie, Louisiana 70002
        Telephone:(504) 832-9898
        Facsimile: (504) 834-1511
        eric@amlbenzene.net

        And

        /s/Richard J. Fernandez
        Richard J. Fernandez, LA Bar # 05532
        **RICHARD J. FERNANDEZ, LLC**
        3000 West Esplanade Ave., Ste. 200
        Metairie, Louisiana 70002
        Telephone:(504) 834-8500
        Facsimile: (504) 834-1511
        rick@rjfernandezlaw.com
       **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, via electronic filing, this 20th day of April, 2010.

                                            <u>L. Eric Williams, Jr.</u>
                                            L. Eric Williams, Jr.