UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT MICHAEL COLE, Individually, | * | CIVIL ACTION NO.: 09-6584 |
| DEBORAH K. COLE, Individually, JAMES | * | |
| CARL COLE, Individually, MICHELLE COLE | * | |
| SMITH, Individually, MARVIN CARROLL | * | |
| WEEKS, Individually, DORIS I. WEEKS, | * | |
| Individually, TIMOTHY L. WEEKS, | * | JUDGE: JAY C. ZAINEY |
| Individually, BEVERLY LYNN NEELEY, | * | |
| Individually, MADELINE NEELEY, Individually, | * | |
| CAROL NEELEY AILSHIE, Individually, and | * | |
| DWAYNE NEELEY, Individually | * | |
| | * | MAG. JUDGE: DANIEL E. KNOWLES, III |
| Plaintiffs | * | |
| | * | |
| versus | * | |
| | * | |
| ASHLAND INC. | * | |
| | * | |
| Defendant | * | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT comes Ashland Inc. and submits in support of its Motion for Summary Judgment pursuant to Local Rule 56.1 the following Statement of Material Facts as to which there are no genuine issues to be tried:

1. The plaintiffs have submitted an expert report authored by Vernon Rose who opines that Ashland had a duty to warn about benzene hazards. Rose Report, Ex. A.

2. The plaintiffs have provided an expert report authored by Melvin Kopstein, who opines that Ashland's products are defective because they do not list benzene as a hazardous ingredient or provide benzene health warnings and instructions. Kopstein Report, Ex. B.

3. At all material times, Olin was a sophisticated user of solvents. Olin IH Reports, Ex. C.

4. Benzene and toluene are products used with little risk even today throughout the world. Harrison Depo Ex. D at 35-37.

5. Plaintiffs have submitted no evidence that there was a defect in the design or a defect in the manufacture of the benzene, toluene and xylene at issue.

6. Plaintiffs have submitted no evidence establishing a causal connection between Ashland's alleged failures to test, research health hazards, inquire about safety and health risks and recall in connection with benzene, toluene and xylene.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ John J. Hainkel, III*
JOHN J. HAINKEL, III – 18246
PETER R. TAFARO – 28776
ANDREW A. MAESTRI - 30606
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-Mail: jhainkel@frilot.com
**Counsel for Ashland Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of September 2010, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing upon all CM/ECF registrants.

                                                      */s/ John J. Hainkel, III*