UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT MICHAEL COLE, ET AL.                    CIVIL ACTION

VERSUS                                          NO: 09-6584

ASHLAND, INC.                                   SECTION: "A" (3)


**MINUTE ENTRY (JS-10: <u>20</u>)**


On October 7, 2010, the Court held a status conference with the following counsel in attendance:  Rick Fernandez and Eric Williams for Plaintiffs; John J. Hainkel, III for Defendant.  The Court set the status conference in lieu of the pre-trial conference because of Defendant's opposed motion to continue trial (Rec. Doc. No. 122).

The parties were heard on the issue of a continuance and on the viability of the backup November 29, 2010, trial date in light of the numerous pending motions.  The Court ordered as follows.

Accordingly;

**IT IS ORDERED** that Defendant's **Motion to Continue Trial (Rec. Doc. 122)** is **GRANTED**.  The 5 day jury trial, currently set for **<u>October 25, 2010</u>** (with backup date of November 29, 2010) is **CONTINUED** to **<u>Tuesday, February 22, 2011, at 8:30 a.m.</u>**;

1

**IT IS FURTHER ORDERED** that the pre-trial conference is **SET** for **Thursday, February 3, 2011, at 2:00 p.m.**  Counsel shall prepare in accordance with the previously-issued pre-trial notice;

**IT IS FURTHER ORDERED** that the three remaining depositions will go forward as planned and that discovery will continue but only as to those requests and issues currently outstanding. There will be no wholesale reopening of discovery grounded on the continuance of the trial date;

**IT IS FURTHER ORDERED** that the **motion to expedite hearing (Rec. Doc. 117)** and the **motion to strike (Rec. Doc. 116)** are **DENIED** as moot in light of the continuance;

**IT IS FURTHER ORDERED** that the **motions (Rec. Doc. 59 and 93)** mooted by the Cole settlement are **DISMISSED** as moot.  Defendant will be permitted to refile motion no. 93 to cull out those portions pertaining solely to the Cole claims, said motion to be refiled by **Friday, October 15, 2010**.[1]  Defendant will not be allowed to add new arguments to the motion;

**IT IS FURTHER ORDERED** that the pending **motions for summary judgment (Rec. Docs. 58, 60, 94, 95, & 97)**, which are potentially dispositive, are reset for hearing on the Court's **October 27,**

---

[1] Te motion is to be noticed for hearing on the Court's November 24, 2010, hearing date along with the other motions in limine.

**2010**, hearing date ON THE BRIEFS.   Oppositions and replies have been filed[2] and no sur-replies will be accepted for filing.   The pending **motions in limine (Rec. Docs. 53, 54, 56, 57, 90, 91, 92, 96 & 138)** are reset for hearing on the Court's **November 24, 2010**, hearing date ON THE BRIEFS.   Opposition memoranda, if not already filed, shall be filed by **Tuesday, November 16, 2010**, and replies, if any and if not already filed, shall be filed by **Monday, November 22, 2010**.   No sur-replies will be accepted for filing;

   **IT IS FURTHER ORDERED** that Defendant shall respond to Plaintiff's settlement offer with a reasonable, good-faith settlement counter-offer.

                    * * * * * * * *

---

   [2] Ashland has not moved to file a reply in conjunction with its motion #94.  Any such reply must be filed no later than **Tuesday, October 19, 2010**.

3