UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT MICHAEL COLE, Individually,** | * | **CIVIL ACTION NO.: 09-6584** |
| **DEBORAH K. COLE, Individually, JAMES** | * | |
| **CARL COLE, Individually, MICHELLE COLE** | * | |
| **SMITH, Individually, MARVIN CARROLL** | * | |
| **WEEKS, Individually, DORIS I. WEEKS,** | * | |
| **Individually, TIMOTHY L. WEEKS,** | * | **JUDGE: JAY C. ZAINEY** |
| **Individually, BEVERLY LYNN NEELEY,** | * | |
| **Individually, MADELINE NEELEY, Individually,** | * | |
| **CAROL NEELEY AILSHIE, Individually, and** | * | |
| **DWAYNE NEELEY, Individually** | * | |
| | * | **MAG. JUDGE: DANIEL E. KNOWLES, III** |
| **Plaintiffs** | * | |
| | * | |
| versus | * | |
| | * | |
| **ASHLAND CHEMICAL, INC., ASHLAND, INC.,** | * | |
| **SINCLAIR & VALENTINE COMPANY, INC.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WILL CALL WITNESS LIST

NOW INTO COURT comes Ashland Inc., who submits the following will call witness list:

1. David Pyatt, Ph.D. – expert;

2. Gregory Sarna, M.D. – expert;

3. John Spencer, CIH - expert;[1]

4. Henry Muranko – by deposition;

5. Graphic Packaging (John May) – by deposition;

6. John Herrock – by deposition;

7. Ashland Inc. (Thomas Keenan) – by deposition;

8. William Whitlock – by deposition;

9. Dr. Coy Gammage – by deposition;

10. Dr. Henry Zizzi – by deposition;

11. Scotty Patrick – by deposition.

                              Respectfully submitted,

                              **FRILOT L.L.C.**

                              */s/ John J. Hainkel, III*
                              **JOHN J. HAINKEL, III – 18246**
                              **PETER R. TAFARO – 28776**
                              **REBECCA A. ZOTTI - 33446**
                              3700 Energy Centre, 1100 Poydras Street
                              New Orleans, Louisiana 70163
                              Telephone: (504) 599-8000;
                              Facsimile: (504) 599-8100
                              E-Mail: jhainkel@frilot.com

                              **Counsel for Ashland Inc.**

---

[1] Because of the compressed trial schedule due to the continuance of the Weeks' claim, Ashland has had difficulty scheduling Mr. Spencer to appear at trial. Right now, the witness has advised that he may be available on Wednesday, February 23 or Thursday, February 24, 2011, so that Ashland would request that it either be allowed to call him out of turn or perpetuate his testimony, possibly on the afternoon of Wednesday, February 23.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of February, 2011, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing upon all CM/ECF registrants.

*/s/ John J. Hainkel, III*